IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CV-00738-M-RN

| | |
|---|---|
| DAMON FORNEY,<br><br>Plaintiff,<br><br>v.<br><br>TOWNSHIP OF CARY, NORTH CAROLINA,<br><br>Defendant. | ORDER |

This matter comes before the court on Defendant's Motion to Dismiss [DE 8]. United States Magistrate Judge Robert T. Numbers, II prepared a memorandum and recommendation ("M&R") pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the court grant the motion and dismiss Plaintiff's complaint as untimely. *See* DE 19 at 14. The M&R, along with instructions and a deadline for filing objections, was served on the parties on August 3, 2026. Neither party filed a timely objection.

A magistrate judge's recommendation carries no presumptive weight. The court "may accept, reject, or modify, in whole or in part, the . . . recommendation[ ] . . . receive further evidence or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1); *accord Mathews v. Weber*, 423 U.S. 261, 271 (1976). The court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* § 636(b)(1). Absent a specific and timely objection, the court reviews only for "clear error" and need not give any explanation for adopting the recommendation. *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

Upon careful review of the M&R and the record presented, and finding no clear error, the court ADOPTS the recommendation of the magistrate judge as its own. *See Diamond*, 416 F.3d at 315. For the reasons stated therein, Defendant's Motion to Dismiss [DE 8] is GRANTED, and Plaintiff's complaint is DISMISSED. The Clerk of Court is DIRECTED to enter judgment in favor of Defendant and thereafter close the case.

SO ORDERED this 18th day of August, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE